RECEIVED
IN LAKE CHARLES, LA

APR 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOSEPH SMITH, INDIVIDUALLY AND ON BEHALF OF THE MINOR CHILD, JEREMY SMITH, AND JUDY SMITH | : | DOCKET NO. 05-557 (Lead) 05-745(Member) |
| VS. | : | JUDGE TRIMBLE |
| CITY OF SULPHUR, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #31) filed by Defendants, City of Sulphur and St. Paul Fire & Marine Ins. Co. is hereby **GRANTED** to the extent that all federal claims asserted against these defendants are dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #31) as to Plaintiffs' state law negligence claims is hereby **DENIED**, and this Court will retain jurisdiction as to those claims.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE